UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN J. EILER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL AGENCY, et al.,<br><br>  Defendants. | Case No. 15-cv-04932-DMR<br><br>**ORDER TO SUBMIT COMPLETE IFP APPLICATION**<br><br>Re: Dkt. No. 4 |

Plaintiff Erin J. Eiler filed this action and an application to proceed *in forma pauperis* ("IFP") on October 27, 2015. [Docket Nos. 1, 4.] However, Plaintiff's IFP application is incomplete. In response to question No. 2, Plaintiff indicates that she receives SSDI, but did not indicate the amount of SSDI payments she receives. Therefore, Plaintiff is hereby ordered to file a completed IFP application or pay the filing fee by **no later than November 13, 2015**. Failure to comply with this order and submit a completed IFP application by November 13, 2015 may result in denial of the IFP application.

**IT IS SO ORDERED.**

Dated: October 30, 2015



_____
Donna M. Ryu
United States Magistrate Judge