UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN J. EILER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL AGENCY, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-04932-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On November 18, 2015, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than December 4, 2015, showing legal authority for venue in this district and explaining why this matter should not be transferred to the District of South Dakota.  [Docket No. 14.]  The Order to Show Cause stated that failure to respond by December 4, 2015 may result in dismissal of this matter.  Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 9, 2015



_____
Donna M. Ryu
United States Magistrate Judge